1 **SARA M. PELOQUIN**
California State Bar No. Pending
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4
Attorneys for Mr. Solis-Salazar
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0887-JAH |
|---|---|---|
| | ) | Date: April 28, 2008 |
| Plaintiff, | ) | Time: 8:30 a.m. |
| | ) | |
| v. | ) | **JOINT MOTION TO** |
| | ) | **CONTINUE MOTION** |
| GONZALO SOLIS-SALAZAR, | ) | **HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE PARTIES HEREBY MOVE this Court to continue the motion hearing scheduled for Monday, April 28, 2008 at 8:30 am to Monday, May 5, 2008 at 8:30am.


Dated: April 14, 2008             */s/ Sara M. Peloquin*
                                  **SARA M. PELOQUIN**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. Solis-Salazar


Dated: April 14, 2008             */s/* Peter Mazza
                                  **PETER MAZZA**
                                  Assistant United States Attorney


08CR0887-JAH