UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>            Plaintiff,                         )<br>                                                           )<br> v.                                                     )<br>                                                           )<br> GONZALO SOLIS-SALAZAR,           )<br>                                                           )<br>            Defendant.                     )<br> _____ ) | Case No. 08CR 0887-JAH<br><br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Peter Mazza, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: April 14, 2008

    /s/Sara M. Peloquin
**SARA M. PELOQUIN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email:sara_peloquin@fd.org