1  **SARA M. PELOQUIN**
   California State Bar No.254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  sara_peloquin@fd.org

5  Attorneys for Mr. Solis-Salazar

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE JOHN A. HOUSTON)**

11 UNITED STATES OF AMERICA,        )   CASE NO.08CR0887-JAH
                                    )
12            Plaintiff,            )   DATE:  April 28, 2008
                                    )   TIME:  1:30 p.m.
13 v.                               )
                                    )   NOTICE OF MOTIONS AND MOTIONS TO:
14 GUILLERMO ALVAREZ-LOPEZ          )
                                    )   1)  COMPEL DISCOVERY AND PRESERVE
15            Defendant.            )       EVIDENCE;
                                    )   2)  DISMISS THE INDICTMENT; AND
16                                  )   3)  GRANT LEAVE TO FILE FURTHER
                                    )       MOTIONS
17                                  )
                                    )
18
   TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY;
19        PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY

20

21       **PLEASE TAKE NOTICE** that, on Monday, April 28, 2008, at 8:30 a.m., or as soon thereafter as

22 counsel may be heard, the accused, Gonzalo Solis-Salazar, by and through his attorneys, Sara M. Peloquin,

23 and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed

24 below.

25 / / /

26 / / /

27 / / /

28 / / /

**MOTIONS**

Gonzalo Solis-Salazar, the accused in this case, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) To Compel Further Discovery and Preserve Evidence;

2) Dismiss the Indictment; and

3) To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: April 14, 2008

*/s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Gonzalo Solis-Salazar