UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.08CR 0887-JAH |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GONZALO SOLIS-SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Peter Mazza, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: April 14, 2008                    /s/Sara M. Peloquin
                                         **SARA M. PELOQUIN**
                                         Federal Defenders
                                         225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         Email:sara_peloquin@fd.org