1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| UNITED STATES OF AMERICA, | ) | Case No.08CR 0887-JAH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **MOTION HEARING** |
| | ) | |
| | ) | |
| GONZALO SOLIS-SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the motion hearing scheduled for Monday, April 28, 2008

is continued to Monday, May 5, 2008 at 8:30 am.

**SO ORDERED.**

Dated:  April 14, 2008

_____

**JOHN A. HOUSTON**
United States District Judge