```
 1  KAREN P. HEWITT
    United States Attorney
 2  PETER J. MAZZA
    Assistant U.S. Attorney
 3  California State Bar No. 239918
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-75528
    Peter.Mazza@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  08CR0887-JAH |
|---|---|---|
| | ) | |
| | ) | DATE:    May 5, 2008 |
| Plaintiff, | ) | TIME:    8:30 a.m. |
| | ) | |
| v. | ) | GOVERNMENT'S NOTICE OF MOTIONS AND MOTIONS FOR RECIPROCAL DISCOVERY AND TO COMPEL FINGERPRINT EXEMPLARS |
| GONZALO SOLIS-SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF MOTION

TO: Sara Peloquin, Esq., Federal Defenders of San Diego, Inc, counsel for defendant, Gonzalo Solis-Salazar

PLEASE TAKE NOTICE that on Monday, May 5, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

DATED:     April 21, 2008.

                              Respectfully submitted,
                              KAREN P. HEWITT
                              United States Attorney


                              /s/ Peter J. Mazza
                              PETER J. MAZZA
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America
                              Email: Peter.Mazza@usdoj.gov