**SARA M. PELOQUIN**
California Bar No. 254945
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
sara_peloquin@fd.org

Attorneys for Mr. Solis-Salazar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08cr0887-JAH |
| | ) Date: August 18, 2008 |
| | ) Time: 8:30 a.m. |
| Plaintiff, | ) |
| | ) MOTION FOR ORDER SHORTENING TIME |
| v. | ) |
| | ) |
| GONZALO SOLIS-SALAZAR, | ) |
| | ) |
| Defendant. | ) |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:

Defendant Gonzalo Solis-Salazar, by and through counsel, Sara M. Peloquin and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file the following motions:

(1)   Motion to Suppress Statements; and

(2)   Grant Leave to File Further Motions.

The reason for this motion is that defense counsel has numerous cases with the District Court and is currently preparing to go to trial.

//

//

1 | A courtesy copy has been provided to Assistant United States Attorney, Peter Mazza.

2 | Respectfully submitted,

Dated: August 12, 2008

    */s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Solis-Salazar