UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff-Appellee,        ) | Case No. 08cr0887-JAH |
| ) | |
| v.        ) | |
| ) | CERTIFICATE OF SERVICE |
| GONZALO SOLIS-SALAZAR,        ) | |
| ) | |
| Defendant-Appellant.        ) | |
| _____) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Motion to Shorten Time has been electronically served this day upon:

      Peter Mazza
      Assistant United States Attorney
      880 Front Street
      San Diego, CA  92101


Dated: August 12, 2008                                  */s/ Sara M. Peloquin*
                                                                     SARA M. PELOQUIN
                                                                     Federal Defenders
                                                                     225 Broadway, Suite 900
                                                                     San Diego, CA 92101-5030
                                                                     (619) 234-8467  (tel)
                                                                     (619) 687-2666  (fax)