UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0887-JAH |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER SHORTENING TIME |
| GONZALO SOLIS-SALAZAR, | ) ) | |
| Defendant. | ) ) | |

   **IT IS HEREBY ORDERED** that time for Defendant to file his Motions to:

   (1)   Suppress Statements; and

   (2)   Grant Leave to File Further Motions.

in this case be shortened, with the Motion Hearing to be held on August 18, 2008 at 8:30 a.m.  This document is accepted and filed as of August 12, 2008.

   **SO ORDERED**.

DATED:  August 12, 2008

_____
JOHN A. HOUSTON
United States District Judge