1  **SARA M. PELOQUIN**
California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467, ext. 3716
4  sara_peloquin@fd.org

5  Attorneys for Mr. Solis-Salazar

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0887-JAH |
| ) | |
| Plaintiff, ) | DATE: August 18, 2008 |
| ) | TIME: 8:30 a.m. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND |
| GONZALO SOLIS-SALAZAR**,** ) | MOTIONS TO: |
| **)** | |
| Defendant. ) | 1) SUPPRESS STATEMENTS; AND |
| ) | 2) <u>LEAVE TO FILE FURTHER MOTIONS</u> |
| ) | |
| ) | |
| _____ ) | |

18  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:

20  **PLEASE TAKE NOTICE** that on August 18, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, Mr. Gonzalo Solis-Salazar, by and through his counsel, Sara Peloquin and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

//
//
//
//
//
//

08CR0887-JAH

## MOTIONS

Defendant, Gonzalo Solis-Salazar, by and through his attorneys, Sara M. Peloquin and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Suppress Statements;

2) Grant leave to file further motions;

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated:  August 13, 2008     */s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Solis-Salazar