1

**INDEX OF EXHIBITS**

2

<u>United States v. Gonzalo Solis-Salazar</u>

3

08CR0887-JAH

4

**Page**

5

(Exhibit A) Transcript of Mr. Solis' January 22, 2008 Interrogation . . . . . . . . . . . . . . . . . . . . . . . 1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28