SARA M. PELOQUIN
California State Bar No.254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
sara_peloquin@fd.org

Attorneys for Mr. Solis-Salazar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| UNITED STATES OF AMERICA, | ) | CASE NO.08CR0887-JAH |
| | ) | DATE: August 15, 2008 |
| Plaintiff, | ) | TIME: 8:30 a.m. |
| | ) | |
| v. | ) | |
| | ) | |
| GONZALO SOLIS-SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |

### TRANSCRIPT OF MR. SOLIS' JANUARY 22, 2008 INTERROGATION

Velasquez: Today's date is January 22nd, 2008, the time is 3:20 am. This is an interview with Gonzalo Solis-Salazar. Control name Solis S-O-L-I-S. He is a subject under 8 U.S.C. 1326 attempted entry re-entry after deportation charge. Control... A number is 041945103. Witnessing this interview will be Officer Rios. Conducted by myself Officer Vasquez.

Velasquez: Have a seat. Alright, Mr. Solis would you like our conversation to be in English or Spanish.

Solis: (Inaudible.)

Velasquez: English? Alright, are you able to read and write English?

Solis: Yes.

Vasquez: Ok. Alright my name is Officer Velasquez, this is Officer Rios. We'd like to talk to you regarding the incident that lead to your detention. But before we do so we need to advise you of your rights. Okay, at

1

1  this time I am placing you under arrest under Title 8 United States Code Section 1326, which is attempted
2  re-entry after deportation. Do you understand that charge?
3  Solis: Um-hmm.
4  Velasquez: Before we ask you any question you must understand your rights. You have the right to remain
5  silent. Do you understand that right, sir? Is that a yes?
6  Solis: Yes.
7  Velasquez: Okay, (inaudible) verbally state for me that you understand that now. Anything you say can be
8  used against you in court or in any immigration or administrative proceeding. Do you understand that?
9  Solis: Yes.
10 Velsaquez: You have the right to talk to lawyer for advise before we ask you any questions, and to have him
11 with you during questioning. Do you understand that?
12 Solis: Yes.
13 Velasquez: If you cannot afford a lawyer one will be appointed for you before any questioning if you wish,
14 do you understand that?
15 Solis: Yes.
16 Velasquez: If you decide to answer questions now without a lawyer present, you still have the right to stop
17 answering at any time. Do you understand that?
18 Solis: Yes.
19 Velasquez: You also have the right to stop answering anytime until you talk to a lawyer. Do you understand
20 that?
21 Solis: Yes.
22 Velasquez: Do you have any questions regarding your rights Mr. Solis?
23 Solis: No.
24 Velasquez: Would you read this statement out loud for me please?
25 Solis: I have before have have read to me this statement of my rights and I understand what my rights are.
26 Velasquez: Do you agree with that statement, sir?
27 Solis: Yes sir.
28 Velasquez: (inaudible) to sign here please. And you're signing that you read to your rights and that's why

1  you're signing that. Today is the 22nd of January, it's about 3:22 in the morning. We're at the San Ysidro Port
2  of Entry. Okay, Mr. Solis, Understanding your, uh, your rights are you willing to answer our questions without
3  a lawyer present?
4  Solis: Yes.
5  Velasquez: Okay. Could you read this statement out loud for me please?
6  Solis: I am willing to make a statement and answer questions. I do not want a lawyer at this time and I
7  understand and know what I am doing. No promises or threats have been made to me and not pressure of a...
8  what's (inaudible)...
9  Velasquez: Coersion...
10 Solis: ...Coersion of any kind is being used against me.
11 Velasquez: Do you agree with that statement, sir?
12 Solis: Yes.
13 Velasquez: Sign right there please. (To Rios (inaudible). This is at 3:24 and the San Ysidro Port of Entry.
14 Okay Mr. Solis I am going to ask you a couple of biographical and health related questions before we begin.
15 Um...are you taking any medication at this time?
16 Solis: No, sir.
17 Velasquez: Have you been drinking alcohol?
18 Solis: Yes, sir.
19 Velasquez: Ah, what time did you have your last drink?
20 Solis: Well 12, midnight.
21 Velasquez: Midnight? So that would be 12 am today, tonight, this morning?
22 Solis: Um-hmm.
23 Velasquez: And, ah, what were you drinking and how much?
24 Solis: I was drinking, um, beer. And I drink like about, (inaudible), 16 or 17 bottles of bud, ah, 32 oz.
25 Velasquez: So you, ah, drank about 16, ah, 32 oz beers? 16...
26 Solis: Caguamas
27 Velasquez: Caguamas?
28 Rios: That's a lot of beer.

# HEALTH QUESTIONAIRE

SUBJECT'S NAME: Gonzalo Solis - Salar        CASE #: ███████   A41 945 103

|  | YES | NO |
|---|---|---|
| 1. Are you taking any medications at this time?<br>List medications: _____ |  | X |
| 2. Have you been drinking alcohol?<br>At what time did you have your last drink? 12 am.<br>What were you drinking and how much?<br>Beer (16-32oz) | X |  |
| 3. Are you using any form of narcotics or other illicit drugs?<br>   Heroin   Cocaine   Methamphetamine   Marijuana<br>   Other: _____ |  | X |
| 4. Do you have any health problems?<br>List any health problems:<br>   A) _____<br>   B) _____<br>   C) _____ |  | X |

Subject's Signature: X _Solis S_

Date: 01/22/08        Time: 0325 hrs

---

|  | YES | NO |
|---|---|---|
| 1. Does the person appear to be alert and coherent? | X |  |
| 2. Does the person answer questions in a rational manner? | X |  |
| 3. Does the person appear to be under the influence of alcohol or narcotics? |  | X |

CBP Officer's Signature: ___/signature/___

Date: 01/22/08        Time: 0325 hrs

4    005