UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR0887-JAH |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GONZALO SOLIS-SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Peter Mazza, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated:  August 13, 2008

 /s/ Sara M. Peloquin
**SARA M. PELOQUIN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: sara_peloquin@fd.org